IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Walker, Sidney Lorenzo

Printed: 11/6/07

Case Number: 05 B 24794
Judge: Goldgar, A. Benjamin
Filed: 6/22/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 25, 2007
Confirmed: August 9, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,611.00 |  |
| Secured: |  | 5,485.93 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 425.07 |
| Other Funds: |  | 0.00 |
| Totals: | 8,611.00 | 8,611.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | United Auto Credit | Secured | 11,640.82 | 5,485.93 |
| 3. | Asset Acceptance | Unsecured | 17.96 | 0.00 |
| 4. | Ingram & Associates | Unsecured |  | No Claim Filed |
| 5. | Instant Cash Advance | Unsecured |  | No Claim Filed |
| 6. | Pay Day Loans | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 14,358.78 | $ 8,185.93 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 30.81 |
| 5.5% | 214.70 |
| 5% | 72.76 |
| 4.8% | 106.80 |
|  | _____ |
|  | $ 425.07 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Walker, Sidney Lorenzo

Printed:  11/6/07

Case Number:  05 B 24794
Judge:  Goldgar, A. Benjamin
Filed:  6/22/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_